Commonwealth *v.* Phillips, Appellant.

Submitted December 12, 1966. *Harry Phillips,* appellant, in propria persona; *Ervin S. Fennell, Jr.,* Assistant District Attorney, for Commonwealth, appellee.
Order affirmed.